AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL PRIME<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:18-MJ-1946-T-AAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 through the present__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 472; | Uttered counterfeit U.S. securities. |
| 18 U.S.C. §§ 1029 (a)(3) and (a)(4); | Access device fraud. |
| 18 U.S.C. § 1028A | Aggravated identity theft. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Halliwell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __October 19, 2018__

_____
*Judge's signature*

City and state: __Tampa, FL__

AMANDA A. SANSONE, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Bryan Halliwell, Special Agent, United States Secret Service, being duly sworn to tell the truth, state the following information:

1. I am employed as a Special Agent with the United States Secret Service and I have been so employed since April 2000. I am currently assigned to the Tampa Field Office. During the course of my career with the United States Secret Service, I have led, conducted, and participated in criminal investigations involving bank fraud, mail fraud, counterfeiting U.S. currency, wire fraud, identity theft, and access device fraud.

2. The facts set forth in this affidavit are based on my personal knowledge, information, and documents provided to me in my official capacity; information obtained from other individuals, including law enforcement officers involved in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstance described herein; and information gained through my training and experience. The statements contained in this affidavit are true and correct to the best of my knowledge and belief.

3. Based on the information contained in this affidavit, I believe there is probable cause to charge **Michael Prime** with uttering counterfeit

securities, in violation of 18 U.S.C. § 472, access device fraud, in violation of 18 U.S.C. §§ 1029(a)(3) and (a)(4), and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

4. This affidavit is intended to demonstrate only that there exists probable cause to support a complaint to charge **Michel Prime** with uttering counterfeit securities, access device fraud, and aggravated identity theft, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

## PROBABLE CAUSE

5. In an effort to aid in review of this affidavit and provide and overall understanding of the scheme, I will summarize the evidence gathered to date during this investigation. Attribution of these facts will follow. In sum, I have probable cause that from at least in or around July 2015, through the present, **Michael Prime** engaged in a scheme to commit credit card fraud and identity theft. **Prime**, alone and with others, manufactured counterfeit credit and debit cards and counterfeit identification documents to include counterfeit state driver's licenses, which he then advertised and sold on the internet including multiple dark web sites. **Prime** also bought parts to

manufacture at least three handguns and possessed multiple rounds of ammunition. Finally, **Prime** possessed and counterfeited U.S. currency.

6. On or about September 29, 2018, the Hillsborough County Sheriff's Office (HCSO) was called to the residence of **Michael Prime**, 4113 Starfish Lane, Tampa, FL 33615, based upon a report of domestic violence made by **Prime's** wife, A.B. A.B reported to HCSO that **Prime** had choked her and restricted her breathing. Upon learning from A.B. that **Prime** was still in the residence, HCSO Deputies, including K9 Deputies, with permission from A.B., announced their presence several times and entered the residence through the front door, which was ajar. The residence was systematically searched for **Prime**. The HCSO K9 alerted on a locked door located on the second floor of the residence. An HCSO Deputy kicked open the door, breaking the lock off the door. Other HCSO Deputies who looked into the room observed that a window at the back of the room was unlocked and had no screen. These deputies climbed out onto the roof and observed **Prime** standing behind the chimney. **Prime** was ordered to the ground and placed in handcuffs. A black semi-automatic handgun loaded with approximately 11 rounds of 9mm ammunition was removed from **Prime's** right front pants pocket. **Prime** advised the HCSO Deputies that he gone out on the roof to kill himself with the gun.

7. HCSO deputies arrested **Michael Prime** and charged him with violating Florida state statue 784.041(2)(A), domestic battery by strangulation. At the time of **Prime's** arrest, he stated to law enforcement officers that his name was "Johnathan Strong" and that his date of birth was October 8, 1985. **Prime** presented as his true identification a counterfeit State of Washington driver's license issued in the name "Johnathan Strong" with **Prime's** picture on it. Later, after **Prime** was booked in the Hillsborough County Jail and his fingerprints had been taken and submitted, law enforcement learned that the individual's true name was **Michael Prime** and not "Johnathan Strong."

8. Law enforcement officers also determined that **Prime** had a prior federal arrest on or about July 23, 2001, for conspiracy to commit wire fraud, possessing counterfeit securities and uttering counterfeit securities. The USSS Special Agent who arrested **Prime** in 2001 identified **Prime** as the individual in the HCSO mug shot from his arrest on or about September 29, 2018. I learned that **Prime** was sentenced in 2003, to approximately 85 months in federal prison as a result of being found guilty of conspiracy to commit wire fraud, conspiracy to manufacture counterfeit securities, and manufacturing, possessing, and uttering counterfeit securities in case no. CR01-310L.

9. While on federal supervised release, **Prime** was arrested by the Seattle, Washington United States Probation Office on or about May 2, 2011,

for multiple violations of his supervised release and, on or about July 26, 2011, **Prime** was sentenced to four months of incarceration for associating with a known convicted felon, failing to allow a United States Probation Officer to inspect his computer, failing to notify the United States Probation Office of all computer software owned, and beginning employment without prior approval of the United States Probation Office. **Prime** currently has a warrant out for his arrest, which was issued by the Seattle Police Department on or about March 12, 2015, for possession of stolen property.

10. Continuing on or about September 29, 2018, after coming back into the house from the roof via the window, an HCSO deputy noticed stacks of credit cards, what appeared to be a credit card press, and cartridges that appeared to contain metal foil, possibly for placing chips in credit cards. The HCSO Deputies exited the house, secured the residence, and notified the HCSO Economic Crimes Section as to what they had observed inside of the residence.

11. Later on or about September 29, 2018, law enforcement officers obtained a state search warrant for **Prime's** residence at 4113 Starfish Lane, Tampa, FL 33615. I participated in the search and seizure, along with other law enforcement officers. The search resulted in the seizure of the following items, among others:

a. approximately 1,774 counterfeit credit/debit cards depicting approximately 11 different issuing financial institutions in various stages of completion, some with account numbers and customer information embossed on them;

b. approximately 1,490 blank cards of varying color, some of which contained magnetic stripes and/or credit/debit card chips;

c. approximately 37 counterfeit driver's licenses and ID's purportedly issued by the states of Washington, Ohio, Florida, Virginia, and the United Kingdom;

d. counterfeit social security card templates;

e. sheets of holograms used for manufacturing credit/debit card and IDs;

f. counterfeit chips for credit/debit card manufacturing;

g. a Mesa safe;

h. multiple thumb drives and electronic media storage devices;

i. a box of paper that contains embedded blue and red fibers similar to U.S. currency paper;

j. an iPad mini;

k. an Apple MacBook;

l. an Apple iPhone;

m. a RCA laptop;

o. a label maker;

p. multiple rolls of foil tipping paper;

q. a Supersmart Card Key machine;

r. an HID color card printer with card tower;

s. a Fargo lamination HDP 5000;

t. Epson and Samsung printers;

u. a credit/debit card tipping machine;

v. an Apache laminate machine;

w. an Evolis Zenius Card Printer;

x. Card Presso Software;

y. a Data Card 150i printer;

z. a credit card or ID cutter;

aa. a Supercarver Laser Engraver;

bb. a 3D D7R-Alpha Hatchbox 3D printer;

cc. a Flash Forge Creator 3D printer.

12. On or about October 1, 2018, a state search warrant was obtained for all electronic media storage devices recovered from **Prime's** residence at

4113 Starfish Lane, Tampa, FL 33615. To date, forensic analysts have recovered or identified at least the following items:

    a. From a Lexar 633x 16GB SD Card, approximately 246 Visa/MasterCard credit/debit account numbers, approximately 15 Discover Card credit card account numbers, and approximately 28 American Express credit card account numbers.

    b. From a 1GB thumb drive, images of approximately 30 drivers' licenses / ID cards / driving permits from approximately 12 different issuing states, including three counterfeit State of Florida driver's licenses; a counterfeit United States Army ID card purportedly for a lieutenant colonel; approximately five images of Social Security cards; approximately five images of Canadian driver's licenses from the Provinces of Ontario and Quebec; approximately two Portuguese citizen identification cards; and the image of a counterfeit Republic de Angola passport.

    c. From an Apple MacBook laptop, four images of a counterfeit $100 U.S. Federal Reserve Note, serial # HF01744518C, and two images of counterfeit State of Florida drivers' licenses. I searched the United States Secret Service Counterfeit Tracking Application system which records all passes of counterfeit U.S.

currency for the counterfeit $100 U.S. Federal Reserve Note, serial # HF01744518C. Between on or about September 14, 2010, through and including on or about October 2, 2018, there have been approximately 669 passes of the counterfeit $100 U.S. Federal Reserve Note bearing serial # HF01744518C in the United States totaling $66,900.

13. On or about October 2, 2018, HCSO detectives obtained a state warrant to search the Mesa safe that was seized from **Prime's** residence at 4113 Starfish Lane, Tampa, FL 33615. Investigators recovered the following items, among others, from the safe:

    a. **Michael Prime's** genuine State of Washington driver's license, Social Security card, and birth certificate card.

    b. a counterfeit State of Washington driver's license, issued in the name Alec Stone featuring **Prime's** photo;

    c. a counterfeit State of Washington driver's license, in the name Alexander Diamond with **Prime's** photo;

    d. a state of Florida birth certificate, #-096644 in the name K.M.;

    e. 20 rounds of .22cal CCI ammunition;

    f. 10 rounds of 9mm G2 Research ammunition;

    g.    20 rounds of .40cal Sig Sauer Elite Performance jacketed hollow point ammunition;

    h.    50 rounds of .22cal Winchester ammunition;

    i.    a Colt 9mm ammunition magazine loader;

    j.    a SpyderCo knife.

14.    Continuing on or about October 2, 2018, I and other law enforcement officers interviewed **Michael Prime** at the Hillsborough County Jail. Prior to the interview, **Prime** was advised of his *Miranda* rights and signed a written waiver, agreeing to be interviewed. **Prime** confirmed that his real name was **Michael Prime**, not "Johnathan Strong" or "Alex Diamond," and provided his true date of birth and social security number. **Prime** also stated he no longer wanted to kill himself or do harm to others and that he felt "fine." **Prime** related he was not currently taking any medication. **Prime** admitted that he used the aliases of "Johnathan Strong" and "Alexander Diamond" due to his prior criminal history and that he was convicted felon unable to find a job. **Prime** stated he wanted a new life and new identity. **Prime** said he tried to join the French Foreign Legion after his release from federal prison. **Prime** stated he worked for the Republic of Lampeduza for two to three years, starting in or around 2015. Investigators learned the Republic of Lampeduza was a website that facilitated the commission of credit

10

card fraud by hosting, receiving, and selling stolen credit/debit card account information resulting from online breaches. **Prime** stated he was paid approximately $1,000 per month in Bitcoin as compensation for working for the Republic of Lampeduza.

15. **Prime** also admitted to selling counterfeit credit cards and counterfeit ID's on dark web sites such as Dream Market, Wall Street Market, and Alpha Bay. **Prime** stated he was paid in Bitcoin for these sales.

16. **Prime** stated he sold virtual weapons on the virtual reality website Second Life, from which **Prime** claimed he made approximately $300,000.

17. **Prime** admitted that he used the paper recovered at his residence, which contained red and blue fibers, to attempt to counterfeit U.S. currency.

18. **Prime** claimed to have approximately 3,500 Bitcoin in his possession, which at the current market value is equivalent to approximately $24 million dollars. **Prime** stated that he used Bitcoin to pay for assets, including vehicles and boats.

19. On or about October 3, 2018, investigators returned to **Prime's** residence, 4113 Starfish Lane, Tampa, FL 33615, and conducted a consensual search. **Prime** signed a written consent to search form during his interview on the previous day. Investigators recovered from the residence two handgun

magazines loaded with 15 rounds of 9mm ammunition each, and one loose round of 9mm ammunition.

20. On or about October 4, 2018, **Michael Prime's** wife, A.B., surrendered a Glock 19 and Glock 17 to law enforcement, both of which were "ghost guns" with no serial numbers or registrations, along with approximately three ammunition magazines and approximately 80 rounds of 9mm ammunition that A.B. stated she removed from the residence located at 4113 Starfish Lane, Tampa, FL 33615. Both A.B. and **Prime** admitted that **Prime** had possessed and assembled the firearms.

21. Continuing on or about October 4, 2018, a Bank of America Fraud Investigator reported to me that Bank of America account ending in -0505, which was recovered from **Michael Prime's** residence embossed on a counterfeit Citibank MasterCard along with the name R.M., belonged to Bank of America customer J.R. of Plantation, Florida. I telephonically interviewed J.R. who stated that **Prime** did not have his/her permission to possess or use his/her Bank of America account number.

22. On or about October 9, 2018, I telephonically interviewed the real Johnathan Strong of Monroe, Washington whose name, actual date of birth, and State of Washington driver's license number **Michael Prime** used on a counterfeit State of Washington driver's license featuring **Prime's** picture.

Strong stated did not give **Prime** permission to possess or use his identifying information.

23. Also on or about October 9, 2018, investigators telephonically interviewed C.R. of Williston, Florida. A counterfeit State of Florida driver's license in C.R.'s name with his/her actual date of birth and driver's license number was recovered on a thumb drive found inside **Michael Prime's** residence. C.R. stated he/she does not know **Prime** did not give **Prime** permission to possess or use his identifying information.

## CONCLUSION

24. Based upon the foregoing, there is probable cause that from at least in or around July 2015, through and including the present, **Michael Prime** uttered counterfeit U.S. securities, in violation of 18 U.S.C. § 472, committed access device fraud, in violation of 18 U.S.C. §§ 1029 (a)(3) and (a)(4), and engaged in aggravated identity theft, in violation of 18 U.S.C. § 1028A. Accordingly, I request a warrant for the arrest of **Michael Prime**.

This completes my affidavit.

_____
Bryan Halliwell, Special Agent
United States Secret Service

Sworn to and subscribed before me
this 19th day of October, 2018.

_____
AMANDA A. SANSONE
United States Magistrate Judge

14