UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:19-cr-540-T-30AAS

MICHAEL PRIME

### FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for the following assets which were subject to a February 27, 2020 preliminary order of forfeiture (Doc. 32):

    a. Black pistol with the following grip markings: PF940C Polymer80, INC;
    b. Eleven (11) rounds of CBC 9mm Luger.
    c. Twenty (20) rounds of CCI 22LR Subsonic Hollow Point;
    d. Fifty (50) rounds of 22 WIN Mag Subsonic Lead Hollow Point;
    e. Twenty (20) rounds of Sig 40 S&W;
    f. Two (2) rounds of BHA 9mm Luger;
    g. Eight (8) rounds of JAG 9mm Luger;
    h. Four (4) rounds of CBC 9mm contained in PMAG magazine;
    i. Black pistol with barrel marking 9x19 (no other visible markings);
    j. Tan pistol with the following grip markings: PF940C Polymer80, INC;
    k. Twenty-five (25) rounds of CBC 9mm Luger contained in 30 round Glock extended magazine;
    l. Twenty-seven (27) rounds of BHA 9mm Luger contained in ETSGROUP extended magazine;

      m.    Twenty-one (21) rounds of JAG 9mm Luger contained in ETSGROUP extended magazine;
      n.    Seven (7) rounds of CCI 9mm Luger;
      o.    One (1) round of JAG 9mm Luger;
      p.    One (1) shoulder rig holster;
      q.    Fifteen (15) rounds of Gorilla 9mm Luger contained in ETSGROUP magazine;
      r.    Five (5) rounds of Gorilla 9mm Luger; and
      s.    Ten (10) rounds of BHA 9mm Luger.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, beginning on February 29, 2020, and ending on March 29, 2020, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov.  Doc. 40.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.  No other persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**.  Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.  Clear title to the assets is now

vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 30th day of April, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record